**Order entered October 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01110-CV

### IN RE ANN STOKLEY, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03285**

## ORDER
Before Justice Lang-Miers, Stoddart and Whitehill

Before the Court is relator's motion for reconsideration. We **DENY** the motion.

/s/     CRAIG STODDART
          JUSTICE